No. 25-30648

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

**PATRICK BREAUX**

*Plaintiff - Appellee*

v.

**ALLIANCE LIFTBOATS, LLC**

*Defendant - Appellant*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA,
HON. SUSIE MORGAN, CIVIL ACTION 2:24-CV-01000

# UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO APPELLEE'S MOTION TO DISMISS APPEAL FOR LACK OF JURISDICTION

David M. Korn (Bar #21676)
Stephanie Poucher (Bar #37263)
Brendan Besh (Bar #40280)
**PHELPS DUNBAR LLP**
Canal Place | 365 Canal Street, Suite 2000
New Orleans, Louisiana 70130
Telephone: 504 566 1311
Facsimile: 504 568 9130
Email: kornd@phelps.com
Email: stephanie.poucher@phelps.com
Email: brendan.besh@phelps.com

*Attorneys for Defendant-Appellant, Alliance Liftboats, LLC.*

# CERTIFICATE OF INTERESTED PARTIES

The undersigned counsel of record certifies that, pursuant to 5TH CIR. R. 28.2.1, the following listed persons and entities have an interest in the outcome of this case. These representations are made in order that the judges of this Court may evaluate possible disqualification or recusal.

1. Patrick Breaux, plaintiff-appellee

2. Counsel for plaintiff-appellee:
   Harry E. Morse
   Martin S. Bohman
   BOHMAN MORSE, LLC
   400 Poydras St., Suite 2050
   New Orleans, LA 70130

   Cayce C. Peterson
   Jeffrey P. Green
   JJC LAW LLC
   111 Veterans Memorial Blvd.
   Heritage Plaza, Suite 810
   Metairie, LA 70005

   Thomas M. Flanagan
   Anders F. Holmgren
   FLANAGAN PARTNERS LLP
   201 St. Charles Ave., Ste. 3300
   New Orleans, LA 70170

3. Alliance Liftboats, LLC, defendant-appellant

4. Counsel for defendant-appellant:

   David M. Korn
   Stephanie M. Poucher
   Brendan Besh

>   Phelps Dunbar LLP
>   365 Canal St., Suite 2000
>   New Orleans, LA 70130

SO CERTIFIED, this the 17th day of November, 2025.

>   _____
>   Stephanie M. Poucher
>
>   *Attorneys for Defendant-Appellant, Alliance Liftboats, LLC*

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Defendant-Appellant Alliance Liftboats, LLC respectfully moves this Court, under 5TH CIR. R. 27.1.1, for an extension of ten (10) days from its original deadline of November 24, 2025, to file its Opposition to Plaintiff-Appellee Patrick Breaux's Motion to Dismiss Appeal for Lack of Jurisdiction.

Defendant-Appellant filed its Notice of Appeal with the United States District Court for the Eastern District of Louisiana on November 4, 2025. Subsequently, on November 14, 2025, Plaintiff-Appellee filed the Motion to Dismiss Appeal for Lack of Jurisdiction. Under Fed. R. App. Proc. 27(a)(3)(A), the original deadline to file a response to the Motion would be ten (10) days from the date the Motion was filed, making Alliance's response due on November 24, 2025. Counsel for Defendant-Appellant contacted Counsel for Plaintiff-Appellee to inquire if they had an objection to this Court granting an additional ten (10) days to file a responsive brief. Counsel for Plaintiff-Appellee advised Plaintff-Appellee had no objection to extending the deadline for the response to the Motion by an additional ten (10) days.

Therefore, for these reasons, Defendant-Appellant Alliance Liftboats, LLC respectfully requests an extension of ten (10) days of time from the original deadline of November 24, 2025, to file its Opposition to the Motion to Dismiss Appeal for Lack of Jurisdiction, thereby making it due on or before December 4, 2025.

Respectfully submitted,

BY: _____
David M. Korn (Bar #21676)
Stephanie M. Poucher (Bar #37263)
Brendan Besh (Bar #40280)
PHELPS DUNBAR LLP
Canal Place | 365 Canal Street, Suite 2000
New Orleans, Louisiana 70130
Telephone: 504 566 1311
Facsimile: 504 568 9130
Email: kornd@phelps.com
Email: stephanie.poucher@phelps.com
Email: brendan.besh@phelps.com

*Attorneys for Defendant-Appellant,
Alliance Liftboats, LLC*

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing was filed on the 17th day of November, 2025 with the United States Court of Appeals for the Fifth Circuit by using the CM/ECF system, which will send a notice of electronic filing to all participating counsel of record.

_____
Stephanie M. Poucher

# CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMITATION, TYPEFACE REQUIREMENTS AND <u>TYPE STYLE REQUIREMENTS</u>

1.  This brief complies with the type-volume limitation of Fed R. App. P. 32(a)(7)(B) because, excluding the parts of the brief exempted by Fed. R. App. P. 32(a)(7)(B)(iii), it contains 195 words.

2.  This brief complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in proportionally-spaced typeface, including serifs, using Word, in Times New Roman 14-point font, except for the footnotes, which are in proportionally-spaced typeface, including serifs, using Word in Times New Roman 12-point font.

Respectfully submitted,

BY: _____
Stephanie M. Poucher

Attorneys for Defendant-Appellant,
Alliance Liftboats, LLC

Dated: <u>November 17, 2025</u>