# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

December 18, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

  No. 25-30648   Breaux v. Alliance Liftboats
           USDC No. 2:24-CV-1000

Enclosed is an order entered in this case.


                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    By: _____
                    Rebecca L. Leto, Deputy Clerk
                    504-310-7703

Mr. Brendan Joseph Besh
Mr. Thomas More Flanagan
Mr. Anders F. Holmgren
Mr. David Matthew Korn
Ms. Carol L. Michel
Mr. Harry E. Morse
Mr. Cayce Peterson
Ms. Stephanie Michelle Poucher